MORRISON v. METROPOLITAN EL. RY. CO. et al. (Supreme Court, Appellate Division, First Department. December 31, 1900.) Ac-

tion by Edward A. Morrison against the Metropolitan Elevated Railway Company and others. No opinion. Motion to take case from files granted.